1684-0913-2700-B
8901255

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

RECEIVED
U.S. MARSHALS SERVICE
ROANOKE, VA
2016 SEP 13 P 3:14

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
SEP 21 2016
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

| | | |
|---|---|---|
| United States of America<br>v.<br>Austin Ricky Case<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No. 7:12CR00046-001 |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Austin Ricky Casey,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Violation of Terms of Pretrial Release Supervision imposed on 5/2/2016

Date: 09/13/2016

*/s/ Robert S. Ballou*
*Issuing officer's signature*

City and state: Roanoke, VA

Robert S. Ballou, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 9/15/16, and the person was arrested on *(date)* 9/15/16
at *(city and state)* Roanoke, VA.

Date: 9/15/16

*/s/ William S. Whitler*
*Arresting officer's signature*

William S. Whitler, DUSM
*Printed name and title*